

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-19-00214-CR

| | | |
|---|---|---|
| EDWARD LEON CLAYBORN, Appellant | § | On Appeal from the 297th District Court |
| | § | of Tarrant County (1546162D) |
| V. | § | July 8, 2021 |
| | § | Memorandum Opinion by Justice Womack |
| THE STATE OF TEXAS | § | (nfp) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's judgments.

We modify the judgment for Count Fifteen to reflect that appellant Edward Leon Clayborn was convicted of engaging in organized criminal activity, to wit: robbery (lesser included offense of Count Fifteen). As modified, we order the judgment for Count Fifteen affirmed.

We modify the judgment for Count Seventeen to reflect that appellant Edward Leon Clayborn was convicted of engaging in organized criminal activity, to wit:

robbery (lesser included offense of Count Seventeen). As modified, we order the judgment for Count Seventeen affirmed.

The judgments for Counts Two, Four, Sixteen, and Eighteen are affirmed.

SECOND DISTRICT COURT OF APPEALS


By /s/ Dana Womack
      Justice Dana Womack